**REDACTED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

APR 26 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:23-CR-30 |
| | ) | Violation: |
| TRAVIS D. NAPOLEON | ) | 18 U.S.C. § 922(a)(6) |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-7</u>

Between on or about April 24, 2021, and March 1, 2023, in the Northern District of Indiana,

TRAVIS D. NAPOLEON,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he resided at 2210 Beacon Street, Apt. 517, Fort Wayne, Indiana, knowing that information to be false, in the following manner:

Count 1: On or about April 24, 2021, during the purchase of a Canik pistol from ZX Gun, Inc.;

Count 2: On or about August 12, 2021, during the purchase of a Glock 17 pistol from ZX Gun, Inc.

Count 3: On or about October 15, 2021, during the purchase of a Glock 19 pistol, from ZX Gun, Inc.;

Count 4: On or about February 10, 2022, during the purchase of a Glock 23 pistol from ZX Gun, Inc.;

Count 5: On or about February 24, 2022, during the purchase of a Glock 17 pistol from Midwest Shooting Center;

Count 6: On or about March 9, 2022, during the purchase of a Romarm Cugir, Micro Draco pistol from ZX Gun, Inc.;

Count 7: On or about March 1, 2023, during the purchase of a Glock 19X and a Romarm Cugir, Micro Draco pistols from ZX Guns, Inc.;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/Foreperson
Foreperson


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


/s/ Stacey R. Speith
By: Stacey R. Speith
Assistant United States Attorney